# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF TENNESSEE
# AT KNOXVILLE

| | |
|---|---|
| **UNITED STATES OF AMERICA,** ) | |
| ) | |
| **Plaintiff,** ) | |
| ) | |
| **vs.** ) | No. 3:04-CV-119 |
| ) | **(Phillips)** |
| **WILLIAM T. HENDRICKS, JR.,** ) | |
| ) | |
| **Defendant.** ) | |

## ORDER

This matter is before the Court upon Douglas A. Trant's motion to withdraw [Doc. 54]. Pursuant to E.D. TN. LR 83.4(f), a copy of a motion to withdraw shall be furnished by the attorney to the client at least ten (10) days prior to the date the motion is filed. For the forgoing reason, the motion to withdraw [Doc. 54] is **DENIED**. Attorney Trant may resubmit his motion to withdraw in compliance with the local rules.

**IT IS SO ORDERED.**

**ENTER:**

s/Thomas W. Phillips
United States District Judge